Carl RAETZSCH, Appellant,

v.

The STATE of Texas, Appellee.

No. 838–86.

Court of Criminal Appeals of Texas,
En Banc.

July 1, 1987.

Carl W. Raetzsch, III, pro se.

Grant Jones, Dist. Atty., Corpus Christi,
Robert Huttash, State's Atty., Austin, for
the State.

OPINION ON APPELLANT'S PETITION
FOR DISCRETIONARY REVIEW

PER CURIAM.

Appellant was convicted by a jury of
burglary of a building. Punishment was
assessed by the same jury at 26 years in
the Texas Department of Corrections and a
$10,000.00 fine. On appeal the Corpus
Christi Court of Appeals affirmed the con-
viction. *Raetzsch v. State,* 709 S.W.2d 39
(Tx.App.—Corpus Christi 1986).

The appellant raises five grounds for re-
view. We agree with the Court of Appeals
that affirmance is warranted. However, as
is true in every case where discretionary
review is refused, this refusal does not
constitute endorsement or adoption of the
language or reasoning employed by the
Court of Appeals. *Sheffield v. State,* 650
S.W.2d 813 (Tex.Cr.App.1983).

With this understanding, we refuse the
appellant's petition for discretionary re-
view.